UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>EDWIN FERNANDO MARTINEZ,      )<br>                              )<br>              Defendant.     )<br>_____) | Case No. 12CR3416-IEG<br><br><br><br>JUDGMENT AND ORDER |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant EDWIN FERNANDO MARTINEZ. Defendant shall be released from criminal custody in this case.

**DATED:** October 17, 2012

_____
**IRMA E. GONZALEZ**
**United States District Judge**